**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORINO, | No. C 12-5691 YGR (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Plaintiff was directed to file a complaint and an application to proceed *in forma pauperis* (or pay the filing fee of $350.00) within 30 days. More than 30 days have passed and plaintiff has not filed either document or paid the filing fee. Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: January 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**