UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK MORINO,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

No. C 12-5691 YGR (PR)

**JUDGMENT**

The action having been dismissed, the Court hereby enters judgment in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: January 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**