UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORINO, | No. C 12-5691 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

The action having been dismissed, the Court hereby enters judgment in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: January 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**